### BARNEY BARTOW WALKER v. AZILEANE S. WALKER

25 So. (2nd) 280                                        January Term, 1946
March 15, 1946                                           Special Division B

*J. C. Rogers,* for appellant.

*M. H. Edwards,* for appellee.

PER CURIAM:

The decree appealed from should be affirmed.

It is so ordered.

CHAPMAN, C. J., BROWN and SEBRING, JJ., and BARNS, Circuit Judge, concur.